1    JEFFER MANGELS BUTLER & MITCHELL LLP
     MICHAEL J. HASSEN (Bar No. 124823), mjh@jmbm.com
2    CHRISTOPHER H. DOYLE (Bar No. 190016), chd@jmbm.com
     Two Embarcadero Center, Fifth Floor
3    San Francisco, California  94111-3813
     Telephone:    (415) 398-8080
4    Facsimile:    (415) 398-5584

5    Attorneys for Defendant FEDERAL DEPOSIT INSURANCE
     CORPORATION, as RECEIVER for INDYMAC FEDERAL
6    BANK, FSB

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                        OAKLAND DIVISION

11   FAYE MYRETTE-CROSLEY,                CASE NO.    4:10-cv-03523-CW

12              Plaintiff,                ORDER RE STIPULATION FOR DISMISSAL
                                          WITHOUT PREJUDICE AS TO INDYMAC
13        v.                              FEDERAL BANK, F.S.B. AND THE FEDERAL
                                          DEPOSIT INSURANCE CORPORATION AS
14   CLARION MORTGAGE CAPITAL, INC.;      RECEIVER FOR INDYMAC FEDERAL BANK, FSB
     MORTGAGE ELECTRONIC
15   REGISTRATION SYSTEMS, INC.; MTC
     FINANCIAL DBA TRUSTEE CORPS;         CTRM:        2
16   INDYMAC FEDERAL BANK, F.S.B.;        JUDGE:       HON. CLAUDIA WILKEN
     FEDERAL HOME LOAN MORTGAGE
17   CORPORATION; ONEWEST BANK, F.S.B.;
     and DOES 1 through 50, Inclusive,
18
                Defendants.
19

20

21

22

23

24

25

26

27

28

PRINTED ON
RECYCLED PAPER

1111330v1

1    This matter having come before the Court on Stipulation of the parties and good

2  cause appearing,

3    IT IS HEREBY ORDERED as follows:

4    The case is dismissed without prejudice as to IndyMac Federal Bank, F.S.B. and the

5  Federal Deposit Insurance Corporation as Receiver for IndyMac Federal Bank, FSB, each party to

6  bear their own costs.

7

8  Dated: ___3/28/2011___

9                              _____
                               HONORABLE CLAUDIA WILKEN

10                             UNITED STATES DISTRICT COURT JUDGE

1111330v1

ORDER RE STIPULATION FOR DISMISSAL
FDIC/INDYMAC; 10-cv-03523-CW

JMBM Jeffer Mangels Butler & Mitchell LLP

PRINTED ON
RECYCLED PAPER