IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

FAYE MYRETTE-CROSLEY,

        Plaintiff,

  v.

CLARION MORTGAGE CAPITAL, INC., et al.,

        Defendants.
                              /

No. C 10-03523 CW

ORDER DISMISSING CLAIMS AGAINST CLARION MORTGAGE CAPITAL AND MTC FINANCIAL, AND CONCERNING PROOF OF SERVICE ON MERS

    On April 19, 2011, the Court directed Plaintiff Faye Myrette-Crosley to file proof that she served Defendants Clarion Mortgage Capital, Inc.; Mortgage Electronic Registration Systems, Inc. (MERS); and MTC Financial, doing business as Trustee Corps. Plaintiff has responded.

    Plaintiff states that, prior to removal of her case, she had dismissed Clarion and MTC Financial.  Accordingly, Plaintiff's claims against Clarion and MTC Financial are dismissed.

    With regard to MERS, Plaintiff points to an unauthenticated printout of the state court docket sheet, which states, "PROOF OF PERSONAL SERVICE FILED ON COMPLAINT FILED 7/01/2010 OF FAYE MYRETTE-CROSLEY AS TO MORTGAGE ELECTRONICREGISTRATION SYSTEMS WITH SERVICE DATE OF 8/09/10."  Plaintiff states that she does not have any proof of service other than her printout of the docket sheet. This is not sufficient.  Proof of service "must be by the server's affidavit."  Fed. R. Civ. P. 4(l)(1).  Accordingly, within three days of the date of this Order, Plaintiff shall provide an

affidavit by the process server demonstrating that she served MERS in accordance with Federal Rule of Civil Procedure 4.  Plaintiff's failure to comply with this Order will result in the dismissal of her claims against MERS.

    IT IS SO ORDERED.

Dated: 5/5/2011

    CLAUDIA WILKEN
    United States District Judge

2