IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FAYE MYRETTE-CROSLEY,<br><br>    Plaintiff,<br><br>   v.<br><br>CLARION MORTGAGE CAPITAL, INC.;<br>MORTGAGE ELECTRONIC REGISTRATION<br>SYSTEMS, INC.; MTC FINANCIAL, INC.,<br>doing business as TRUSTEE CORPS;<br>INDYMAC FEDERAL BANK, FSB; FEDERAL<br>HOME LOAN MORTGAGE CORPORATION;<br>ONEWEST BANK, FSB; FEDERAL DEPOSIT<br>INSURANCE CORPORATION, as receiver<br>for INDYMAC FEDERAL BANK, FSB,<br><br>    Defendants.<br>_____/ | No. C 10-03523 CW<br><br>ORDER DISMISSING<br>CLAIMS AGAINST<br>MERS AND<br>DIRECTING<br>PLAINTIFF TO SEEK<br>DEFAULT JUDGMENT<br>AGAINST ONEWEST<br>BANK |

    On May 5, 2011, the Court directed Plaintiff Faye Myrette-Crosley to file proof that she served Defendant Mortgage Electronic Registration Systems, Inc. (MERS) in accordance with Federal Rule of Civil Procedure 4.  She was warned that her failure to comply with the Order would result in the dismissal of her claims against MERS.  Plaintiff did not respond to the Court's Order. Accordingly, Plaintiff's claims against MERS are dismissed for failure to prosecute.

    The remaining Defendant is OneWest Bank, FSB, against which the Clerk has entered default.  Within fourteen days of the date of

this Order, Plaintiff shall file a motion for default judgment, and upon her filing of a motion for default judgment, said motion will be referred to a Magistrate Judge, pursuant to Civil L.R. 72-1, to be heard and considered at the convenience of his/her calendar. The Magistrate Judge shall prepare findings and a report and recommendation on the motion.  Plaintiff's failure to comply with this Order will result in the dismissal of her claims against OneWest Bank.

    IT IS SO ORDERED.

Dated: 5/12/11

CLAUDIA WILKEN
United States District Judge