IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FAYE MYRETTE-CROSLEY,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>CLARION MORTGAGE CAPITAL, INC.;<br>MORTGAGE ELECTRONIC REGISTRATION<br>SYSTEMS, INC.; MTC FINANCIAL, INC.,<br>doing business as TRUSTEE CORPS;<br>INDYMAC FEDERAL BANK, FSB; FEDERAL<br>HOME LOAN MORTGAGE CORPORATION;<br>ONEWEST BANK, FSB; FEDERAL DEPOSIT<br>INSURANCE CORPORATION, as receiver<br>for INDYMAC FEDERAL BANK, FSB,<br><br>　　　　Defendants.<br>_____/ | No. C 10-03523 CW<br><br>ORDER DISMISSING<br>CLAIMS AGAINST<br>DEFENDANT ONEWEST<br>BANK FOR FAILURE<br>TO PROSECUTE AND<br>CLOSING CASE |

　　　On May 12, 2011, the Court directed Plaintiff Faye Myrette-Crosley to move for default judgment against Defendant OneWest Bank, FSB, against which the Clerk has entered default.  Plaintiff was to file such a motion within fourteen days and was warned that her failure to do so would result in the dismissal of her claims against OneWest Bank.

　　　Because Plaintiff did not file such a motion, her claims against OneWest Bank are dismissed for failure to prosecute. Plaintiff does not have any remaining claims in this action. Accordingly, the Clerk shall close the file.

　　　IT IS SO ORDERED.


Dated: 6/3/2011

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　CLAUDIA WILKEN
　　　　　　　　　　　　　　　　　　United States District Judge